# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DEMETRIUS CUNNINGHAM, et al.,**  )  <br>  ) <br> **Plaintiffs,**  ) <br>  ) <br> **vs.**  ) <br>  ) <br> **LAWSON STATE COMMUNITY**  ) <br> **COLLEGE,**  ) <br>  ) <br> **Defendant.**  ) | Civil Action Number <br> **2:14-cv-01505-AKK** |

## ORDER AND ENTRY OF JUDGMENT

This case is before the court on Plaintiffs' notice of their acceptance of Defendant's offer of judgment, docs. 15-18. Plaintiffs have advised the court that an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure has been made by Lawson State Community College and accepted by Plaintiffs. *Id.* Therefore, the court hereby enters a **FINAL JUDGMENT** in favor of Plaintiffs and against Defendant as follows: (1) as to Plaintiff Robertson the sum of $20,744.64, (2) as to Tony R. Jackson as the administrator of the estate of Demetrius Cunningham, the sum of $25,245.00, (3) an attorney's fee in the amount of $10,000, (4) court costs.

**DONE** the 7th day of January, 2015.

                                                                         **ABDUL K. KALLON**
                                                     UNITED STATES DISTRICT JUDGE